October 10, 1974

Akers *v.* Mill Race Cocktail Lounge Restaurant,
Inc., Appellant.
Akers *v.* Risch, Appellant.

Argued June 10, 1974. *Edward J. McGlinchey,* for appellants; *R. Barry McAndrews,* with him *Connolly, McAndrews, Kihm & Stevens,* for appellees.

Order affirmed; petition for reargument refused October 21, 1974.

Alpert *v.* Alpert, Appellant.

Before BROSKY, P. J.

Argued April 11, 1974. *Allen N. Brunwasser,* for appellant; *Chris Gillotti,* with him *Harrison, King, Bowman, Sabino and Gillotti,* for appellee.

Order affirmed.